UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CLAYTON WHITTAKER,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE CARRINGER, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-1862-TLN-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

On July 16, 2025, I screened plaintiff's complaint and dismissed it for failure to state a claim. ECF No. 3. I ordered plaintiff to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* Plaintiff failed to comply with that order. Accordingly, on August 22, 2025, I ordered plaintiff to show cause why this action should not be dismissed. ECF No. 4. In response, plaintiff has filed a document styled as a motion to strike the August 22 order to show cause. ECF No. 5. Therein, he argues that dismissal is inappropriate and that this case should be permitted to proceed on the merits. *Id.* at 2-3.

Plaintiff's filing presents no basis for vacating or, as he requests, striking the August 22, 2025 order to show cause. Nevertheless, given plaintiff's pro se status, I will grant him a final opportunity to file an amended complaint.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to strike, ECF No. 5, is DENIED.

1

2. Plaintiff is granted until October 15, 2025, to file a first amended complaint.

3. Plaintiff is warned that failure to file an amended complaint by that date will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   September 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE